### In the Matter of Elliot James DATER Petition for Reinstatement from Inactive Status

#### No. 120 DB 2002.

Supreme Court of Pennsylvania.

March 25, 2003.

#### ORDER

PER CURIAM.

AND NOW, this 25th day of March, 2003, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated January 31, 2003, are approved and IT IS ORDERED that ELLIOT JAMES DATER, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

### In the Matter of Kenneth Harrison FAILS, II

#### No. 793 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 25, 2003.

#### ORDER

PER CURIAM.

AND NOW, this 25th day of March, 2003, Kenneth Harrison Fails, II, having had his license to practice law in the Commonwealth of Virginia revoked by Order of the Virginia State Bar Disciplinary Board dated May 6, 2002, which Order was affirmed by the Supreme Court of Virginia on January 10, 2003; the said Kenneth

Harrison Fails, II, having been directed on December 9, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Kenneth Harrison Fails, II, is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.